**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

EMILY SEARS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ROSS DRESS FOR LESS, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

Defendants.

Case No. 2:26−cv−02038−JHC

**STIPULATED REQUEST & ORDER TO STRIKE EARLY CASE DEADLINES**

Noted for Consideration: October 13, 2026

Plaintiff Emily Sears ("Plaintiff"), together with Defendant Ross Dress for Less, Inc. ("Defendant") (collectively, the "Parties"), stipulate and request as follows:

1. On June 11, 2026, Defendant removed this case to federal court. *See* Def.'s Notice of Removal, ECF No. 1.

2. On September 28, 2026, Defendant moved to compel arbitration. *See* Def.'s Mot. to Compel Arbitration, ECF No. 11. This motion is noted to be heard on October 26, 2026.

3. On the same day, this Court issued an Order regarding Initial Disclosures, Joint Status Report, and Early Settlement (the "Order"). *See* ECF No. 14.

4. The Order set forth an October 13, 2026, deadline for the parties to engage in an FRCP 26(f) conference; an October 26, 2026, initial disclosures deadline; and a November 2,

2026, deadline for the Parties to file a Joint Status Report and Discovery Plan.

5. On October 13, 2026, the Parties conferred and agree that the Court should strike the deadlines set forth in the Order pending resolution of Defendant's pending motion to compel arbitration, which may render further proceedings before this Court unnecessary.

This stipulated request is made for good cause and not for purposes of delay.

IT IS SO STIPULATED.

DATED: October 13, 2026.

**EMERY | REDDY, PC**

By: *s/ Timothy W. Emery*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

*Counsel for Plaintiff*

**LITTLER MENDELSON, P.C.**

By: *s/ Gabe Malouf*
Jason Harrington, WSBA No. 45120
Gabe Malouf, WSBA No. 64388
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101
Phone: (206) 623-3300
Email: jharrington@littler.com
gmalouf@littler.com

*Counsel for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED: October 13, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE