UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY SEARS,<br><br>Plaintiff,<br><br>v.<br><br>ROSS DRESS FOR LESS INC, et al,<br><br>Defendants. | CASE NO. 2:26-cv-02038-JHC<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. The Court questions whether it has subject matter jurisdiction over this action; specifically, whether Plaintiff alleges injury-in-fact to establish Article III standing. Thus, the Court ORDERS the parties to show cause as to why this matter should not be remanded for lack of subject matter jurisdiction. Each side's brief may not exceed 2,100 words and is due on or before Tuesday, October 27, 2026.

Dated this 13th day of October, 2026.

John H. Chun

John H. Chun
United States District Judge