UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY SEARS,<br><br>Plaintiff,<br><br>v.<br><br>ROSS DRESS FOR LESS INC, et al,<br><br>Defendants. | CASE NO. 2:26-cv-02038-JHC<br><br>ORDER |

This matter comes before the Court on the Court's Order to Show Cause. Dkt. # 17. The Court thanks the parties for their responses to the Order. Dkt. ## 21 & 22. Upon review of those responses, the Court concludes that Defendant has not met its burden of showing that Plaintiff has Article III standing and thus has not met its burden of establishing subject matter jurisdiction to support removal. Thus, the Court REMANDS this matter to King County Superior Court and DIRECTS the Clerk to (1) strike as moot the motion to compel arbitration at Dkt. # 11; and (2) mail a copy of this Order to the state court.

//

//

Dated this 27th day of October, 2026.

John H. Chun
United States District Judge